UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
at Cincinnati

**Jana Molnarova,**

    Plaintiff,                                           Case Number: 2:23-cv-2157

    v.

                                                   Chief Judge Algenon L. Marbley

**Swamp Witches Inc., LLC.,**

    Defendants.

### CERTIFICATE OF MAILING BY CLERK

The Clerk of the United States District Court for the Southern District of Ohio has been requested to issue the Complaint and Summons to the Defendant. The requested service was sent by certified mail on August 31, 2023. A copy of the certified mail return receipts are attached.

BY: s/ M. Doke
       Deputy Clerk

# U.S. Postal Service®
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

| USPS® ARTICLE NUMBER |
|---|
| 9414 7266 9904 2210 9447 59 |

| | | |
|---|---|---|
| Certified Mail Fee | $ | |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | **Postmark Here** |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

**Sent to:**


**Reference Information**

PS Form 3800, Facsimile, July 2015

# U.S. Postal Service®
# CERTIFIED MAIL RECEIPT

*Domestic Mail Only*

| USPS® ARTICLE NUMBER |
|---|
| 9414 7266 9904 2210 9447 66 |

| | | |
|---|---|---|
| Certified Mail Fee | $ | |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | Postmark Here |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

**Sent to:**


**Reference Information**


PS Form 3800, Facsimile, July 2015

# U.S. Postal Service®
# CERTIFIED MAIL RECEIPT

*Domestic Mail Only*

| USPS® ARTICLE NUMBER |
|---|
| 9414 7266 9904 2210 9447 42 |

| | | |
|---|---|---|
| Certified Mail Fee | $ | |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | **Postmark Here** |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Sent to:

**Reference Information**

PS Form 3800, Facsimile, July 2015